**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | |
|---|---|
| MATTHEW CARLOCK and LISA CARLOCK,<br><br>        Plaintiffs,<br><br>        v.<br><br>GOLDWATER BANK, N.A.,<br><br>        Defendant. | Case No. 22-cv-00174-MJT |

## GOLDWATER BANK, N.A.'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Goldwater Bank, N.A., by and through undersigned counsel, hereby certifies that it has no parent corporation and that there is no publicly held company holding 10% or more of its ownership interest.

This the 24th day of October, 2022.

                                                      **CROWE & DUNLEVY, P.C.**

By:   *s/Christopher M. Staine*_____
        Christopher M. Staine
        Texas Bar No. 24104576
        Allison Gerard
        Texas Bar No. 24118748
        2525 McKinnon Street, Suite 425
        Dallas, Texas 75201
        Telephone: (214) 420-2163
        Fax: (214) 736-1762
        christopher.staine@crowedunlevy.com
        allison.gerard@crowedunlevy.com
        ***Attorneys for Goldwater Bank, N.A.***

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 24, 2022, a true and correct copy of the Goldwater Bank, N.A.'s FRCP Corporate Disclosure Statement was served upon all parties by electronic mail and United States Postal Service first class mail, addressed as follows:

Dallas J. Barrington, Esq.
Texas Bar No. 24048341
1100 Pecan Street
Kountze, Texas 77625
Telephone: (409) 246-3912
Fax: (409) 246-8546
Email: legalgeneralpractice@gmail.com
*Attorney for Plaintiffs*

                                              *s/Christopher M. Staine*_____