IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| MATTHEW CARLOCK AND LISA CARLOCK, § § § | |
| *Plaintiffs*, § § | CIVIL ACTION NO. 9:22-CV-00174 |
| VS. § § | JUDGE MICHAEL J. TRUNCALE |
| GOLDWATER BANK, N.A., § § § | |
| *Defendant*. § | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE RULE 16 CASE MANAGEMENT CONFERENCE AND FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Before the Court is Plaintiffs' Unopposed Motion to Continue Rule 16 Case Management Conference and for Extension of Time to File Response to Defendant's Motion to Dismiss. [Dkt. 14]. Plaintiffs are seeking to extend the Rule 16 Case Management Conference and also to extend the Plaintiffs' deadline to respond to Defendant's Motion to Dismiss. After considering the Plaintiffs' unopposed motion, the Court grants the same.

It is therefore **ORDERED** that the Rule 16 Case Management Conference currently set for January 9, 2023 at 10:00 a.m. is **RESET** for **February 1, 2023 at 10:00 a.m. in Room 221, Jack Brooks Federal Building, 300 Willow Street, Beaumont, Texas**. The Parties are further **ORDERED** to file their Joint Conference Report and proposed Scheduling Order on or before **January 25, 2023**.

It is further **ORDERED** that Plaintiffs' deadline to respond to Defendant's Motion to Dismiss is now **January 25, 2023**.

Counsel should note that no further extensions will be granted.

**SIGNED this 5th day of January, 2023.**

Michael J. Truncale
United States District Judge