IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| MATTHEW CARLOCK AND LISA CARLOCK, | § § § | |
| *Plaintiffs*, | § § | |
| VS. | § § | CIVIL ACTION NO. 9:22-CV-00174 |
| GOLDWATER BANK, N.A., | § § | JUDGE MICHAEL J. TRUNCALE |
| *Defendant*. | § § | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

The Parties in this matter filed a Notice of Settlement on January 26, 2023 [Dkt. 16] advising the Court that they had reached an agreement in principle that resolved the case in its entirety and requested that the deadlines in this matter be stayed for 120 days pending finalization of the details of the written settlement agreement. The Court thereafter issued an Order on Closing Documents [Dkt. 17] giving the Parties until March 31, 2023 to submit the appropriate papers necessary for the closing of the case and its removal from the active docket of the Court. Having received no closing documents, the Court then issued an Order Regarding Settlement on June 28, 2023 [Dkt. 18] instructing the Parties to jointly notify the Court whether the case was settled and the expected date for receipt of closing documents by July 7, 2023. On July 7, 2023, the Plaintiffs filed a Motion for Extension of Time to File Closing Settlement Documents [Dkt. 19] which the Court granted giving the Parties until July 17, 2023 to file closing documents. To date, no closing documents have been filed.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 28th day of July, 2023.**

_____
Michael J. Truncale
United States District Judge